No. 695. NATIONAL UNION OF MARINE COOKS AND STEWARDS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioners. *Solicitor General Soboloff, David P. Findling* and *Dominick L. Manoli* for the National Labor Relations Board, respondent.

No. 696. URBAIN ET AL. *v.* KNAPP BROTHERS MANUFACTURING CO. ET AL. C. A. 6th Cir. Certiorari denied. *Curtis F. Prangley* for petitioners. *Truman A. Herron* for respondents.

No. 697. CALDWELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 698. GROOB, TRUSTEE IN BANKRUPTCY, *v.* RECONSTRUCTION FINANCE CORP. C. A. 2d Cir. Certiorari denied. *Elliott R. Katz* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger, Melvin Richter* and *Lionel Kestenbaum* for respondent.

No. 699. HILL *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Charles W. Tessmer* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Robert O. Fagg,* Assistant Attorney General, for respondent.

No. 700. HAZELCORN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Louis Bender* and *Moses L. Kove* for petitioner. *Solicitor General Soboloff, Assistant*

*Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 729. SICILIANO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, and *Fred G. Leach* and *William C. Wines,* Assistant Attorneys General, for respondent.

No. 761. COCO *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Wallace N. Maer* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *Bart L. Cohen,* Assistant Attorney General, for respondent.

No. 703. SCHWARTZ, ADMINISTRATRIX, *v.* KANSAS CITY SOUTHERN RAILWAY Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *B. Nathaniel Richter* for petitioner. *Richard S. Righter* for respondent.

No. 333, Misc. LANG *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 520, Misc. McCOY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 521, Misc. BARR *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 522, Misc. GINIVALLI *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.